NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**13-140**
(Consolidated with Nos. 13-139 and 13-141)

STATE OF LOUISIANA

VERSUS

ANDREW JOSEPH FUSILIER

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 37486-10
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Elizabeth A. Pickett, and Shannon J. Gremillion, Judges.

AFFIRMED.

John Foster DeRosier
District Attorney – 14th Judicial District Court
Carla Sue Sigler
Assistant District Attorney – 14th Judicial District Court
Karen C. McLellan
Assistant District Attorney – 14th Judicial District Court
P. O. Box 3206
Lake Charles, LA 70602-3206
Telephone:  (337) 437-3400
COUNSEL FOR:
        Plaintiff/Appellee - State of Louisiana

**Edward Kelly Bauman**
**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**Telephone:  (337) 491-0570**
**COUNSEL FOR:**
      **Defendant/Appellant - Andrew Joseph Fusilier**

**THIBODEAUX, Chief Judge.**

Defendant, Andrew Joseph Fusilier, entered an *Alford* plea to computer-aided solicitation of a minor and received a sentence of ten years at hard labor without the benefit of probation, parole, or suspension of sentence, and to run consecutively with a twenty-year sentence at hard labor for simple rape, and twenty years at hard labor for indecent behavior with a juvenile.

For the reasons articulated in *State v. Fusilier*, 13-139 (La.App. 3 Cir. __/__/13), __ So.3d __, Defendant's conviction and sentence are affirmed.

**AFFIRMED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. RULE 2-16.3, UNIFORM RULES—COURTS OF APPEAL.